# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Melvin L. Alexander                               Docket No. 5:13-MJ-1643-1

## Petition for Action on Probation

      COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Melvin L. Alexander, who, upon an earlier plea of guilty to Count 1- Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1 and Count 3- Driving While License Suspended, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-28(a) , was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on December 10, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

4. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

5. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days as directed by the probation officer, and shall abide by all rules and regulations of the designated facility.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 19, 2014, the defendant submitted a urine specimen which tested positive for cocaine. In an effort to deter future substance abuse issues, we would respectfully recommend that his probation be modified to include the standard drug aftercare condition. The defendant has been verbally reprimanded and has been instructed to enroll in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Melvin A. Alexander**
**Docket No. 5:13-MJ-1643-1**
**Petition For Action**
**Page 2**

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Keith W. Lawrence |
| Robert K. Britt | Keith W. Lawrence |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 19, 2014 |

### ORDER OF COURT

Considered and ordered this  20th  day of      March       , 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge